Nos. 69 and 70. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. SCHWEITZER. January 6, 1936.

No. 545. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. STOKES. January 6, 1936.

No. 548. SOUTHERN PACIFIC Co. v. WALTON, ADMINISTRATRIX. January 6, 1936.

No. 574. ELECTRIC AUTO-LITE Co. v. P. & D. MANUFACTURING Co., INC. January 6, 1936.

No. 593. JONES v. JEFFERSON STANDARD LIFE INSURANCE Co. January 6, 1936.